United States District Court
For the Northern District of California

1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7
8    TADD ONOMOWALE SCOTT,                        No. C -13-04321(EDL)

9              Plaintiff,                         **ORDER REQUIRING TELEPHONIC
                                                  APPEARANCE AND SETTING
10   v.                                           DEADLINE FOR MOTION TO
                                                  WITHDRAW**
11   SAN FRANCISCO UNIFIED SCHOOL
     DISTRICT,
12
              Defendant.
13   _____/

14
        The Court orders Plaintiff's counsel Marc Guillory to appear telephonically at the Further

15   Case Management Conference set for April 1, 2014 at 10:00 a.m.  Guillory shall stand by beginning

16   at the date and time above until called by the Court.  No later than two Court days prior, Guillory

17   shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial

18   number to call on for this appearance.  The Court further orders Guillory to move to withdraw as

19   Plaintiff's counsel no later than April 8, 2014.

20      **IT IS SO ORDERED.**

21
22   Dated: March 26, 2014

23                                               ELIZABETH D. LAPORTE
                                                 United States Magistrate Judge
24
25
26
27
28