UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TADD ONOMOWALE SCOTT,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No. 13-cv-04321-EDL<br><br>**ORDER**<br><br>Re: Dkt. No. 54 |

Pursuant to the Parties' stipulation, Defendant's summary judgment reply shall be filed no later than July 22, 2015. The hearing on Defendant's motion for summary judgment is continued to August 11, 2015 at 9:00 a.m. The pretrial conference is continued to October 13, 2015 at 4:00 p.m., and the jury trial is continued to November 2, 2015 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: June 11, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge